UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:15-bk-03459-CCJ

TIRECO, INC,                                    CHAPTER 11

        Debtor.
_____/

## NOTICE OF FILING EXHIBIT A TO PETITION

**TIRECO, INC.** (the "Debtor") hereby gives notice of filing Exhibit A to the Voluntary Petition (Doc No. 1), this 22nd day of April 2014.

/s/ Justin M. Luna
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lseblaw.com
bknotice@lseblaw.com
Christopher R. Thompson
Florida Bar No. 0093102
cthompson@lseblaw.com
Latham, Shuker, Eden & Beaudine, LLP
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Debtor

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### Middle District of Florida

In re  Tireco, Inc.
               Debtor(s)

Case No.
Chapter  11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __n/a__ .

2. The following financial data is the latest available information and refers to the debtor's condition on ____ .

   a. Total assets                                               $         0.00

   b. Total debts (including debts listed in 2.c., below)        $         0.00

   c. Debt securities held by more than 500 holders:                              Approximate number of holders:

   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock                                0          0

   e. Number of shares common stock                                      0          0

   Comments, if any:
   **Privately-held Florida corporation**

3. Brief description of Debtor's business:
   **Automotive maintenance and tire sales.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **J. Michael Jones - 100% Shareholder**