**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                                    CASE NO.  6:15-bk-03459-CCJ

**TIRECO, INC.,**                                      **CHAPTER 11**

                         **Debtor.**

_____/

**STATEMENT OF JUSTIN M. LUNA AND**
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP,**
**PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b),**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

JUSTIN M. LUNA and the law firm of **LATHAM, SHUKER, EDEN & BEAUDINE,**

**LLP** ("Latham Shuker"), in accordance with 11 U.S.C. § 329(a) and F.R.B.P. 2016(b), states as

follows:

1.      Latham Shuker has represented the **TIRECO, INC.** (the "Debtor") since August 2014

in connection with negotiations with the Debtor's secured creditors and preparation and filing of the

voluntary petition under Chapter 11 of the United States Bankruptcy Code ("Code") and preparation

of related initial pleadings in this case.

2.      Prior to the commencement of this case, the Debtor paid an advance fee of $10,614.00

for post-petition services and expenses in connection with this case.

3.      Debtor has paid Latham Shuker $14,603.00, on a current basis, for services rendered

and costs incurred prior to commencement of this case, including workout negotiations with its

secured creditor the preparation of the petition for reorganization under Chapter 11 of the Code, all

related initial pleadings filed in this case, and prepetition expenses in this case, including the filing

fee for the voluntary petition.

4.      Latham Shuker has not shared, or agreed to share, the advance fee, additional fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of Latham Shuker.

**DATED AND EXECUTED** this ___1ˢᵗ___ day of May 2015.

_____
Justin M. Luna, Esq.
Florida Bar No.: 0037131
jluna@lseblaw.com
bknotice@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Ave., Ste. 1400
P.O. Box 3353  (32802-3353)
Orlando, Florida  32801
Tel: (407) 481-5800
Fax: (407) 481-5801
*Attorneys for Debtor*

2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                          CASE NO.  6:15-bk-03459-CCJ

TIRECO, INC.,                                   CHAPTER 11

                    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the **STATEMENT OF JUSTIN M. LUNA AND LATHAM, SHUKER, EDEN & BEAUDINE, LLP, PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b), OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Tireco, Inc., Attn: Monica Jones, 2600 W SR 434, Longwood, FL 32779; Michael A. Nardella, Esq., a/f TD Bank N.A., Burr & Forman LLP, 200 S. Orange Avenue, Suite 800, Orlando, Florida 32801 ; the 1007-2 Parties-in-Interest list, as shown on the matrix attached to the original of this statement filed with the Court; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this _1st_ day of May 2015.

                                        _____

                                        Justin M. Luna, Esq.

3

Label Matrix for local noticing
113A-6
Case 6:15-bk-03459-CCJ
Middle District of Florida
Orlando
Fri May  1 11:01:57 EDT 2015

Tireco, Inc
2600 West State Road 434
Longwood, FL 32779-4446

Advanced Auto Parts
P.O. Box 742063
Atlanta, GA 30374-2063

Bank of America
P.O. Box 660807
Dallas, TX 75266-0807

Bridgestone Americas
P.O. Box 730529
Dallas, TX 75373-0529

Don Reid Ford
1875 S. Orlando Ave.
Maitland, FL 32751-6668

Duke Energy
P.O. Box 1004
Charlotte, NC 28201-1004

Greenway Dodge Chrysler Jeep
9051 E. Colonial Drive
Orlando, FL 32817-4176

Holler Honda
P.O. Box 1720
Winter Park, FL 32790-1720

Radiator Depot
P.O. Box 3497
Kansas City, KS 66103-0497

Securities Exchange Commission
175 West Jackson Street
Suite 900
Chicago IL 60604-2908

Seminole City Water & Sewer
P.O. Box 958443
Lake Mary, FL 32795-8443

TCI
P.O. Box 742237
Atlanta, GA 30374-2237

TD Bank, N.A., a national banking associatio
c/o Eric S. Golden, Esquire
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801-6404

TD Bank, N.A., a national banking associatio
c/o Michael A. Nardella, Esquire
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801-6404

TWW
P.O. Box 905944
Charlotte, NC 28290-5944

Waste Management, Inc. of FL
P.O. Box 105453
Atlanta, GA 30348-5453

Eric S Golden +
Burr & Forman LLP
200 S. Orange Avenue, Ste 800
Orlando, FL 32801-6404

Elena L Escamilla +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Michael A Nardella +
Burr & Forman, LLP
200 S. Orange Avenue
Suite 800
Orlando, FL 32801-6404

Justin M. Luna +
Latham, Shuker, Eden & Beaudine, LLP
P.O. Box 3353
Orlando, FL 32802-3353

Christopher R Thompson +
Latham,Shuker,Eden & Beaudine, LLP
111 N. Magnolia Avenue
Suite 1400
Orlando, FL 32801-2367

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22