ORDERED.

Dated: June 03, 2015

Authur B. Briskman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO.   6:15-bk-03459-CCJ

TIRECO, INC.,                                             CHAPTER 11

          Debtor.
_____/

SECOND INTERIM ORDER GRANTING DEBTOR'S
MOTION TO USE CASH COLLATERAL OF TD BANK, N.A.

THIS CASE came on for a continuing preliminary hearing on May 28, 2015 ("Hearing") upon the Motion for Authority to Use Cash Collateral filed by Tireco, Inc. (the "Debtor"), on April 24, 2015 (Doc. No. 16) (the "Motion"). The Motion seeks authority to use cash collateral and to provide adequate protection to TD Bank, N.A. (the "Bank"), as agreed to by the parties. Upon consideration of the Motion, and recognizing the agreement of TD Bank to the relief requested, it is

ORDERED:

1. <u>Authorization Granted</u>. The Motion is granted on a preliminary basis pending further review, as provided herein.

2. <u>Cash Collateral Authorization</u>. Subject to the provisions of this order, the Debtor is authorized to use cash collateral to pay: (a) amounts expressly authorized by this Court, including payments to the United States Trustee for quarterly fees; (b) the current and necessary expenses set forth in the budget attached as **Exhibit "A"** attached hereto, plus an amount not to exceed ten percent (10%) for each line item (provided no amount shall be disbursed for pre-petition sales tax, absent proper application and entry of an order by the Court); and (c) such additional amounts as may be expressly approved in writing by the Bank. This authorization will continue until July 31, 2015, or until further order of the Court.

3. <u>Debtor Obligations</u>. The Debtor shall timely perform all obligations of a debtor-in-possession required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the orders of this Court.

4. <u>Access to Records and Premises</u>. Upon reasonable notice, and provided that it does not unreasonably interfere with the business of the Debtor, the Debtor shall grant the Bank access to the Debtor's business records and premises for inspection.

5. <u>Replacement Lien</u>. The Bank shall have a perfected post-petition lien against cash collateral to the same extent and with the same validity and priority as its respective prepetition liens, without the need to file or execute any document as may otherwise be required under applicable nonbankruptcy law.

6. <u>Adequate Protection Payments</u>. As additional protection for the Bank's interest in the cash collateral, the Debtor shall make monthly payments in the amount of $5,540.00 to the Bank up to the effective date of any confirmed plan of reorganization of the Debtor. The monthly payments shall be applied first to interest, then to principal, except that in the event the Debtor confirms a plan of reorganization, such payments will be applied first to cover interest

accruing during the Chapter 11 bankruptcy case and prior to the effective date of such plan, and second to reduce the remaining indebtedness.

7. Insurance. The Debtor shall maintain liability and casualty insurance coverage for its real property located at 2600 W. State Road 434, Longwood, Florida 32779.

8. Without Prejudice. This Order is without prejudice to: (a) any subsequent request by a party-in-interest for modified adequate protection or restrictions on use of cash collateral; or (b) any other right or remedy which may be available to the Bank.

9. Creditors Committee. The provisions of this Order are without prejudice to the rights of the United States Trustee to appoint a committee or any rights of a duly-appointed committee to challenge the validity, priority, or extent of any lien(s) asserted against cash collateral.

10. Enforcement. The Court shall retain jurisdiction to enforce the terms of this Order.

11. Further Review. The Court will consider the Motion further at a continuing preliminary hearing to be noticed separately.

Attorney Justin M. Luna is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

TIRECO, INC - Cash Budget June/July 2015

| | Wk 6/1 | wk 6/8 | wk 6/15 | wk 6/22 | wk 6/29 | wk 7/6 | wk 7/13 | wk 7/20 | 27-Jul |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash WF | $ 9,895.00 | $ 6,025.00 | $ 12,009.00 | $ 17,639.00 | $ 15,151.00 | $ 21,789.00 | $ 16,732.00 | $ 16,566.00 | $ 23,798.00 |
| Sales | $ 20,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 20,000.00 | $ 20,000.00 | $ 25,000.00 | $ 25,000.00 |
| Dep in transit | | | | | | | | | |
| Total Cash | $ 29,895.00 | $ 31,025.00 | $ 37,009.00 | $ 42,639.00 | $ 40,151.00 | $ 41,789.00 | $ 36,732.00 | $ 41,566.00 | $ 48,798.00 |
| | | | | | | | | | |
| Advertising | | | | | | | | | |
| Maintenance | $ 119.00 | $ 246.00 | | $ 513.00 | | | $ 246.00 | $ 513.00 | |
| Showroom | | $ 590.00 | $ 150.00 | | | $ 590.00 | | $ 150.00 | |
| Insurance Auto | | $ 100.00 | | $ 100.00 | | $ 100.00 | | $ 100.00 | |
| Electric | | | $ 485.00 | | | | $ 485.00 | | |
| Courier | | | $ 700.00 | | | | $ 700.00 | | |
| Parts | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 |
| Parts - COD | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| Insurance Garage | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Insurance Flood | | | | $ 3,280.00 | $ 950.00 | | | | $ 950.00 |
| Telephone/Internet | $ 275.00 | $ 395.00 | | | $ 275.00 | $ 395.00 | | | |
| Uniforms | | | $ 350.00 | | | | $ 350.00 | | |
| Telecheck Fee | | | $ 150.00 | | | | | $ 150.00 | |
| TD | | | | $ 5,540.00 | | | | | $ 5,540.00 |
| Tech Dues | | $ 500.00 | | | | $ 500.00 | | | |
| Insurance Life | | | | | $ 247.00 | | | | |
| SC Tags | | | | | | | $ 700.00 | | 250 |
| Pure Water (Filtered) | $ 35.00 | | $ 35.00 | | $ 35.00 | | $ 35.00 | | |
| Water | | $ 80.00 | | | | $ 80.00 | | | |
| Payroll Gross | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| Disposal Tires | | $ 250.00 | | | | | $ 250.00 | | |
| Storage | | | $ 195.00 | | | | $ 195.00 | | |
| P/R Fee | $ 85.00 | $ 85.00 | $ 85.00 | $ 85.00 | $ 85.00 | $ 85.00 | $ 85.00 | $ 85.00 | |
| Office supplies | $ 500.00 | $ 100.00 | $ 100.00 | | $ 350.00 | $ 350.00 | | $ 400.00 | |
| Printing | | | | $ 1,500.00 | | | | | |
| Misc. | $ 100.00 | $ 100.00 | $ 500.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 500.00 | $ 100.00 | |
| Postage | $ 136.00 | | | | | $ 87.00 | | | |
| T&E | $ 200.00 | $ 100.00 | $ 100.00 | $ 200.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | |
| Parts/Brake Wash | | $ 300.00 | | | | $ 300.00 | | | |
| Solid Waste Tax | | | $ 300.00 | | | | $ 300.00 | | |
| Garbage | $ 200.00 | | | | | $ 200.00 | | | |
| Health Ins | $ 4,800.00 | | | | | $ 4,800.00 | | | |
| Merchant Fees | $ 1,200.00 | | | | | $ 1,200.00 | | | |
| Bank Chg | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 |
| Fuel | $ 150.00 | $ 100.00 | $ 150.00 | $ 100.00 | $ 150.00 | $ 100.00 | $ 150.00 | $ 100.00 | $ 150.00 |
| Sales Tax | | | $ 6,900.00 | | | | | $ 6,900.00 | |
| Total Payout | $ 23,870.00 | $ 19,016.00 | $ 19,370.00 | $ 27,488.00 | $ 18,362.00 | $ 25,057.00 | $ 20,166.00 | $ 17,768.00 | $ 22,960.00 |
| | | | | | | | | | |
| End Cash | $ 6,025.00 | $ 12,009.00 | $ 17,639.00 | $ 15,151.00 | $ 21,789.00 | $ 16,732.00 | $ 16,566.00 | $ 23,798.00 | $ 25,838.00 |

EXHIBIT A