UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                CASE NO. 6:15-bk-3459-CCJ

TIRECO, INC.,                                         CHAPTER 11

        Debtor.
_____/

### SECOND AMENDMENT BY TIRECO, INC., TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS; AND AMENDED SUMMARY OF SCHEDULE

    **TIRECO, INC.** ("Debtor"), files this Second Amendment to its Schedules (Doc No. 36) and First Amendment to Schedules (Doc No. 51) as follows:

    1.    Schedule F - Creditors Holding Unsecured Nonpriority Claims is amended to remove the designation as "contingent" for the following claims:

| Creditor Name and Address | Date and Consideration | Disputed Contingent Unliqidated | Amount |
|---|---|---|---|
| Goglas, Peter<br>708 Camden Rd<br>Altamonte Springs, FL  32714 | 05/2011 - 04/2015<br>IRA Contributions | | $6,476.72 |
| Jones, J Michael<br>2600 W SR 434<br>Longwood, FL  32779 | 05/2011 - 04/2015<br>IRA Contribution | | $6,250.00 |
| Ortiz, Al<br>2469 Sheffield Drive<br>Deltona, FL  32738 | 05/2011 - 04/2015<br>IRA Contribution | | $13,903.51 |

    3.    The Amended Summary of Schedules is attached hereto as **Exhibit A**.

Under penalty of perjury, I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 15th day of September 2015.

TIRECO, INC.

By: _____
Monica Jones, Vice President

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmd.uscourts.gov

In re:                                               CASE NO. 6:15-bk-03459-CCJ

TIRECO, INC.,                                        CHAPTER 11

        Debtor.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of the above **Amendment**, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Tireco, Inc., Attn: Monica Jones, 2600 W SR 434, Longwood, FL 32779; Michael A. Nardella, Esq., a/f TD Bank N.A., Burr & Forman LLP, 200 S. Orange Avenue, Suite 800, Orlando, Florida 32801; Goglas, Peter, 708 Camden Rd, Altamonte Springs, FL 32714; Jones, J Michael, 2600 W SR 434, Longwood, FL 32779; Ortiz, Al, 2469 Sheffield Drive, Deltona, FL 32738; the 1007-2 Parties-in-Interest list, as shown on the matrix attached to the original of this statement filed with the Court; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this  15TH  day of September 2015.

    There are no new parties who have not previously received the Notice of Chapter 11 Case Commencement and Notice of Meeting of Creditors.

_____
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lseblaw.com
bknotice@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Ave, Suite 1400
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for Debtor*

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-03459-CCJ<br>Middle District of Florida<br>Orlando<br>Tue Sep 15 13:00:48 EDT 2015 | Tireco, Inc<br>2600 West State Road 434<br>Longwood, FL 32779-4446 | Advanced Auto Parts<br>P.O. Box 742063<br>Atlanta, GA 30374-2063 |
| Bank of America<br>P.O. Box 660807<br>Dallas, TX 75266-0807 | Bridgestone Americas<br>P.O. Box 730529<br>Dallas, TX 75373-0529 | Don Reid Ford<br>1875 S. Orlando Ave.<br>Maitland, FL 32751-6668 |
| Duke Energy<br>P.O. Box 1004<br>Charlotte, NC 28201-1004 | Greenway Dodge Chrysler Jeep<br>9051 E. Colonial Drive<br>Orlando, FL 32817-4176 | Holler Honda<br>P.O. Box 1720<br>Winter Park, FL 32790-1720 |
| Radiator Depot<br>P.O. Box 3497<br>Kansas City, KS 66103-0497 | Securities Exchange Commission<br>175 West Jackson Street<br>Suite 900<br>Chicago IL 60604-2908 | Seminole City Water & Sewer<br>P.O. Box 958443<br>Lake Mary, FL 32795-8443 |
| TCI<br>P.O. Box 742237<br>Atlanta, GA 30374-2237 | TD Bank, N.A., a national banking associatio<br>c/o Eric S. Golden, Esquire<br>Burr & Forman LLP<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801-6404 | TD Bank, N.A., a national banking associatio<br>c/o Michael A. Nardella, Esquire<br>Burr & Forman LLP<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801-6404 |
| TWW<br>P.O. Box 905944<br>Charlotte, NC 28290-5944 | Tire Centers LLC<br>c/o Raymond Rotella, Esq.<br>619 E. Washington St.<br>Orlando, FL 32801-2937 | Waste Management, Inc. of FL<br>P.O. Box 105453<br>Atlanta, GA 30348-5453 |
| Eric S Golden +<br>Burr & Forman LLP<br>200 S. Orange Avenue, Ste 800<br>Orlando, FL 32801-6404 | Lawrence M Kosto +<br>Kosto & Rotella PA<br>Post Office Box 113<br>Orlando, FL 32802-0113 | Raymond J Rotella +<br>Kosto & Rotella PA<br>619 East Washington Street<br>Orlando, FL 32801-2969 |
| Elena L Escamilla +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Justin M. Luna +<br>Latham, Shuker, Eden & Beaudine, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Christopher R Thompson +<br>Latham, Shuker, Eden & Beaudine, LLP<br>111 N. Magnolia Avenue<br>Suite 1400<br>Orlando, FL 32801-2367 |

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24

TIRECO, INC.

CASE NO. 6:15-bk-3459-CCJ

EXHIBIT A

Amended Summary of Schedules

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Tireco, Inc.**                                    Case No.  **6:15-bk-03459-CCJ**
                                    Debtor

                                                            Chapter                11

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,100,000.00 | | |
| B - Personal Property | Yes | 4 | 109,460.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 940,642.81 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 11,288.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 298,298.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| | | Total Assets | 1,209,460.00 | | |
| | | | Total Liabilities | 1,250,229.96 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Tireco, Inc.**                                    Case No.  **6:15-bk-03459-CCJ**
                          Debtor

                                                            Chapter         **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |